# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES – CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 23-CR-156(5) (SRN/TNL) |
| | Date: Tuesday, March 4, 2025 |
| ANDREW CALVIN NOBLE (5), | Court Reporter: Nancy Meyer |
| a/k/a "Drewski" | Courthouse: Saint Paul |
| a/k/a "Drew" | Courtroom: 7B |
| Defendant. | Time Commenced: 2:30 p.m. |
| | Time Concluded: 3:15 p.m. |
| | Time in Court: Forty-Five (45) Minutes |

Before The Hon. Susan Richard Nelson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:
   For Plaintiff:    Esther Mignanelli Soria / Kristian Weir, DOJ-USAO
   For Defendant:  Lee Johnson, CJA Appointment

**PROCEEDINGS**:

☒ **Plea Agreement Hearing**

☒ **PLEA**
    ☒ **Guilty as to Count One (1) of the Information:**
       **Conspiracy to Engage in a Racketeer Influenced Corrupt Organization**
       In Violation of 18 U.S.C. Section 1962(d)

☒ **Presentence Investigation and Report ordered**.

☒ **Motion(s) are terminated and excludable(s) stopped**.

☒ **Defendant is remanded to the custody of the U.S. Marshal**.

☒ **Sentencing is set for <u>Tuesday, July 29, 2025, at 9:30 a.m.</u>, before The Hon. Susan Richard Nelson.**

Dated:  <u>Tuesday, March 4, 2025</u>                                 *s/LLM*
                                                                                      Courtroom Deputy to
                                                                                      The Hon. Susan Richard Nelson