# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

### SENTENCING

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, | **COURT MINUTES – CRIMINAL** |
| v. | Case No: 23-CR-156(5) (SRN/SGE) |
| **ANDREW CALVIN NOBLE (5)**, also known as DREWSKI, also known as DREW, Defendant. | Date: Tuesday, July 29, 2025 |
| | Court Reporter: Caitlin Nat |
| | Courthouse: Saint Paul |
| | Courtroom: 7B |
| | Time Commenced: 10:30 a.m. |
| | Time Concluded: 11:00 a.m. |
| | Time in Court: Thirty (30) Minutes |

Before The Hon. Susan Richard Nelson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:
  For Plaintiff:   Kristian Weir, USAO
  For Defendant:   Lee Johnson, CJA

**PROCEEDINGS**:
  X **Sentencing**

**IT IS ORDERED**:
  Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| COUNT ONE (1) INFORMATION | | X | 80 MONTHS | | FIVE (5) YEARS | | |

  X  **See J&C for Special Conditions**.

  X  **Defendant sentenced to pay**:
    X  Special Assessment in the amount of $100.00 to the Crime Victims Fund.

  X  **Defendant is remanded to the custody of the United States Marshal**.

  X  **Sealed Matters**:   Sealed submission to the Court, Doc. No. 533, shall remain sealed for Twenty (20) Years (July 29, 2045).

Dated:  Tuesday, July 29, 2025

*s/Lynn L. Magee*
Courtroom Deputy to
The Hon. Susan Richard Nelson